JOHN MANOS – IN PRO SE
5630 FOOTHILL DRIVE
AGOURA HILLS, CALIFORNIA  91301
    TELEPHONE NO.:  818-262-5561
    E – MAIL ADDRESS:  johmanos@aol.com

Defendant Files This Notice Of Removal Of Case
*In Pro Se* And *In Persona Propria*



FILED
CLERK, U.S. DISTRICT COURT

DEC 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            TP         DEPUTY

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

Case No.: CV13-9566 ODW (AJWx)

MAKE IT NICE, LLC,

                    Plaintiff,

vs.

JOHN MANOS, and all occupants in possession

                    Defendant.

State Case No:  13R10916

**DEFENDANT JOHN MANOS' NOTICE OF REMOVAL OF THE ABOVE CASE TO THEHE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)**



PAID
JAN - 2 2014
Clerk, US District Court
COURT 461 2

---

**DEFENDANT'S NOTICE OF REMOVAL OF ABOVE ENTITLED CASE**

TO PLAINTFF, MAKE IT NICE, LLC, THEIR ATTORNEYS OF RECORD AND ALL INTETESTED PARTIES:

COMES NOW, Defendant John Manos (the "Defendant"), and hereby respectively moves to remove this case from the Superior Court of California, County of Los Angeles to the United States District Court for the Central District of California (Western Division). The aforementioned requested removal is in accordance and pursuant to the jurisdiction placed upon the Federal Court by Title 28 U.S.C. § 1446, *et seq.*

The removed case is a Civil Action filed in the Los Angeles County Superior Court (SANTA MONICA COURTHOUSE) captioned MAKE IT NICE, LLC vs. JOHN MANOS. As required by Title 28 U.S.C. § 1446(a) and Local Rules of Court, copies of all pleadings, Orders and other papers and exhibits filed in the State Court that have been attached as exhibits therein have been served upon the Plaintiff by the Defendant in a timely manner. Accordingly, the venue of this removal is proper in accordance and pursuant to Title 28 U.S.C. § 1441(a) in the United States District Court for the Central District of California (Western Division) is proper because the Los Angeles County Superior Court is within the Central Division accordingly:

- Section 1331 (Federal Question);

- Section 1332 (Diversity); or

- Section 1333 (Admiralty, Maritime and Prize Cases).

Any of the other areas over which Federal Courts have original jurisdiction in determining what constitutes a Federal Question, the Court has historically interpreted the "arising under" language in Article III very expressively.   In Osborn v Bank of the

DEFENDANT'S NOTICE OF REMOVAL OF ABOVE ENTITLED CASE

United States, § 22 U.S. [9 Wheat.] 78 [1824], Chief Justice John Marshall held that a case satisfies Article III's "arising under" requirement whenever Federal Law "forms an ingredient of the original cause." In applying this rule, the Court held that Congress my Constitutionally create Federal Court jurisdiction whenever Federal Law is a **potential ingredient of a case.**

Applying this interpretation to the case at hand, the Defendant urges this Court to recognize that the Plaintiff is a collection agency or a "Debt Collector" as defined under the Fair Debt Collection Act § 1692K.   The **Fair Debt Collection Act § 1692k(d) provides in pertinent part that:** "An action to enforce any liability created by this title may be brought to any appropriate United States District Court without regard to the amount in controversy, or in any Court of competent jurisdiction, within one year from the date on which the violation occurs."

Under the aforementioned circumstances, Federal Court jurisdiction is well founded.

DATE: December 31, 2013                    JOHN MANOS – IN PRO SE

                                                      _____
                                                      John Manos

---

**-3-**

**DEFENDANT'S NOTICE OF REMOVAL OF ABOVE ENTITLED CASE**

## PROOF OF SERVICE
## Make It Nice, LLC −vs− John Manos

STATE OF CALIFORNIA, COUNTY AND CITY OF LOS ANGELES

I, John P. Kissonas hereby affirm that I am not a party to the within cause and action pending before the Superior Court of California For The County Of Santa Barbara Limited Civil Division and that I am a citizen of the State of California, County of Los Angeles, City of Los Angeles, who is over the legal age of eighteen (18) years.  My address is 12400 Ventura Boulevard, Suite 856, Studio City, California  91604.

On December 31, 2013, I served the following document(s) entitled: "DEFENDANT JOHN MANOS' NOTICE OF REMOVAL OF THE ABOVE CASE TO THEHE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)" on ALL INTERESTED PARTIES in this action.

SEE ATTACHED SERVICE LIST

[X]    **BY MAIL:**  By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices.  I am readily familiar with the practice of collection and processing correspondences, pleadings and other materials for mailing within the United States Postal Service.  The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage affixed thereon fully prepaid in Los Angeles, California, on the same day in the ordinary course of business.  I am aware that on motion of party served, that service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of the deposit for mailing in the affidavit.

[ ]    **BY OVERNIGHT COURIER:**  I caused the above-referenced document(s) to be delivered to _____  for delivery to the above address(es).

[ ]    **BY TELEFACSIMILE:**  I transmitted a copy of the foregoing document(s) this date via Telecopier to the facsimile numbers shown above.

[ ]    **BY PERSONAL SERVICE:**  I served such envelope to be delivered by hand to the offices of the addressee(s).

[X]    [State]    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ]    [Federal]   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 31, 2012 in Studio City, California

John P. Kissonas

-4-

**DEFENDANT'S NOTICE OF REMOVAL OF ABOVE ENTITLED CASE**

1

<u>PROOF OF SERVICE</u>
<u>Make It Nice, LLC –vs– John Manos</u>

Lane M. Nussbaum, Esq.
WEST COAST LANE, APC
27489 Agoura Road, Suite 102
Agoura Hills, California  91301
Telephone No.:  818 769 7870

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DEFENDANT'S NOTICE OF REMOVAL OF ABOVE ENTITLED CASE**

**SUM-130**

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

CONFORMED COPY
ORIGINAL FILED *FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*
Superior Court of California
County of Los Angeles

NOV 27 2013

Sherri R. Carter, Executive Officer/Clerk

By _____ Deputy
N. VALLES

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

John Manos; all occupants in possession

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Make it Nice, LLC

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER:<br>*(Número del caso):*  13R10916 |

Santa Monica, 1725 Main St., Santa Monica, CA 90401

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Lane Nussbaum SBN 264200 27489 Agoura Rd. ste. 102, Agoura Hills, CA 91301; 818-769-7880

3. (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) ☑ did not ☐ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

| | | |
|---|---|---|
| Date:<br>*(Fecha)*  NOV 27 2013 | Clerk, by<br>*(Secretario)*  N. VALLES | Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. NOTICE TO THE PERSON SERVED: You are served
a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of (specify):
c. ☐ as an occupant
d. ☐ on behalf of (specify):
under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☐ CCP 415.46 (occupant)  ☐ other (specify):
5. ☐ by personal delivery on (date):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER—EVICTION

Page 1 of 2
Code of Civil Procedure, §§ 412.20, 415, 456, 1167
www.courtinfo.ca.gov

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

NOV 27 2013

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy

Lane M. Nussbaum, SBN 264200
**Attorney at Law**
WEST COAST LAW, APC
27489 AGOURA ROAD, STE 102
**AGOURA HILLS, CALIFORNIA 91301**
(818) 769-7880   FAX (818) 769-7959

Attorneys for Plaintiff Make it Nice, LLC

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

13R10916

| | |
|---|---|
| Make it Nice, LLC<br><br>            Plaintiff,<br><br>     vs.<br><br>John Manos; and All Occupants in possession<br><br>            Defendants. | CASE NO.<br><br>**UNLAWFUL DETAINER COMPLAINT**<br><br>**LIMITED ACTION**<br><br>**Action based on CCP §1161a; amount demanded does not exceed $10,000** |

**PLAINTIFF ALLEGES:**

1.     Plaintiff Make it Nice, LLC is the owner of, and entitled to immediate possession of, the real property described above as the Premises. Make it Nice, LLC, is authorized to do business within the State of California and the above-entitled judicial district.

2.     Plaintiff is ignorant of the true names and capacities of the defendants sued herein as All Occupants in Possession. Plaintiff is informed and believes and thereon alleges that each of defendants is responsible in some manner for the occurrences herein alleged, and that plaintiff's damages as herein alleged were proximately caused by said defendants who are occupants and not tenants for rent of the Premises. If the current occupants possess the premises to the exclusion of the named defendant, then they are not entitled to a notice period as described by C.C.P. §1161(c). Defendants are not tenants covered by any statute or ordinance that would

UNLAWFUL DETAINER COMPLAINT

1

1    restrict the plaintiff's ability to recover the Premises.

2         3.      Defendant, John Manos, is the former trustor currently in possession of the

3    premises commonly known as 5630 Foothill Drive, Agoura Hills, CA 91301 ("the Premises").

4    Plaintiff owns said property by virtue of a foreclosure sale, made by the trustee under and

5    pursuant to a deed of trust recorded and executed by John Manos as Trustor.

6         4.      Plaintiff is informed and believes that said Trustor defaulted in the payment of a

7    promissory note secured by the aforementioned Deed of Trust, and thereafter, at the request of

8    the owner and holder of said promissory note and deed of trust, said trustee caused to be

9    recorded a notice of default and breach of conditions of said deed of trust and the election of said

10   trustee to sell said property to satisfy the obligations thereby secured.

11        5.      On November 07, 2013 a foreclosure sale took place and Plaintiff took title to the

12   Premises and received an executed Trustee's Deed Upon Sale, recorded in the official records in

13   the Los Angeles County Recorder's Office, a true and correct copy of which is attached to this

14   Complaint as exhibit "A" and incorporated herein by reference.

15        6.      The Premises were sold in accordance with section 2924 of the Civil Code, under

16   power of sale contained in a deed of trust executed by the defendant herein, and title under the

17   sale has been duly perfected by the recording of the Trustee's Deed upon Sale in the Los

18   Angeles County Recorder's Office.

19        7.      On November 19, 2013, Plaintiff caused a written 3-Day notice to quit and deliver

20   up possession of the Premises property within three (3) days after service on the defendant of

21   said notice.  The notice was served by posting a copy on the Premises and mailing a copy to the

22   Premises because no persons of suitable age or discretion could be found there. A true copy of

23   said notice is attached hereto, labeled exhibit "B" and incorporated herein by reference. Proof of

24   Service to attachment "B" is labeled hereto as exhibit "C".

25        8.      Plaintiff is informed and believes that, to the extent that any occupants are tenants,

26   occupants have been requested, in writing and orally to provide the terms of their tenancy.

27   Occupants refused to comply with these requests. Occupants were then served a Three Day

28   Notice to provide the terms of their lease agreement or to execute a new lease. Occupants have

UNLAWFUL DETAINER COMPLAINT

2

1   refused or failed to comply with the notice, and as such have forfeited any such rental agreement
2   or right to tenancy.

3        9.    More than 3 days have elapsed since the service of said notice but Defendants
4   have failed and refused to deliver up possession of the Premises.

5        10.    Defendants continue in possession of the Premises without permission or consent
6   of Plaintiff, and contrary to the notice to quit.

7        11.    The daily fair market value of the Premises is $221.

8        12.    An unlawful detainer assistant did not receive compensation or give advice or
9   assistance with this form.

10

11  WHEREFORE, Plaintiff prays judgment against defendants as follows:

12       1.    For restitution of the above-described premises;

13       2.    For costs incurred herein;

14       3.    For such other further relief as the Court may deem fit and proper;

15       4.    For holdover damages at the daily rate stated in the complaint.

16

17  Dated: November 25, 2013

18

19

20

21

22

23

24

25

26

27

28

UNLAWFUL DETAINER COMPLAINT

3

**Verification**

I, Peter Baer, declare that I have read the foregoing Unlawful Detainer Complaint and know its contents.

I am an officer of Plaintiff, and am authorized to make this verification on its behalf. I have read the foregoing complaint and know the contents thereof. The matter stated within it are true of my own knowledge and belief, except as to those matters which are stated to be on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct. Executed on November 25, 2013 in Agoura Hills, California

Peter Baer
Declarant

UNLAWFUL DETAINER COMPLAINT

4

# EXHIBIT A

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:
Make it Nice, LLC
1100 Grace Lane
Los Angeles, Ca 90049

**COPY** of Document Recorded

Recorded: November 18, 2013    Instrument No. 20131633918

This is to certify that the
attached is a true and correct
copy of the original.

LOS ANGELES COUNTY RECORDING ● FIDELITY NATIONAL TITLE

SPACE ABOVE LINE FOR RECORDER'S USE

# TRUSTEE'S DEED UPON SALE

A.P.N 2055-017-008
Trustee's        12-4303-11
Sale No.
The undersigned grantor declares:
1.   The grantee herein was not the foreclosing beneficiary.
2.   The amount of the unpaid debt together with costs was
3.   The amount paid by the grantee at the Trustee's sale was
4.   The documentary transfer tax is
5.   The city transfer tax is
6.   Said Property is in the City of:

*NOT OF PUBLIC RECORD*

AGOURA HILLS

**THE WOLF FIRM, A LAW CORPORATION** as duly appointed trustee under the Deed of Trust hereinafter described, (herein called Trustee) hereby grants and conveys, but without warranty, express or implied, to **Make it Nice, LLC (herein called grantee)**, all right, title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the County of  Los Angeles, State of  California, described as follows:

**SEE ATTACHED LEGAL DESCRIPTION MARKED AS EXHIBIT "A" AND INCORPORATED HEREIN BY REFERRENCE.**

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust executed by **JOHN MANOS, AN UNMARRIED MAN** as Trustor, dated 5/9/2007 and recorded on 5/18/2007 instrument number 20071214434  of official records, in the office of  the Recorder of Los Angeles County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance. Default occurred as set forth in a Notice of Default and Election to Sell which was filed for record in the office of the Recorder of said County, and such default still existed at the time of sale. All requirements of law regarding the mailing of copies of notices and the posting and publication of copies of the Notice of Sale have been complied with. Said property was sold by said trustee at public auction on 11/7/2013 at the place named in the Notice of Sale in the County of  Los Angeles, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefor to said trustee the amount bid, in lawful money of the United States, or by the satisfaction pro tanto, of the obligations then secured by said Deed of Trust.

IN  WITNESS  WHEREOF  THE  WOLF FIRM, A  LAW  CORPORATION,  has  this  day,
11/13/13 _____ caused its name to be thereunto affixed.

THE WOLF FIRM, A LAW CORPORATION,  AS TRUSTEE

By: _____

Renae C. Murray, Department Manager

State of California ) SS.
County of **ORANGE** )

On **11 | 13 | 13**_____ before me, **THOMAS E. BOSECKER**, Notary Public, Personally appeared, **RENAE C. MURRAY** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

**THOMAS E. BOSECKER**, Notary Public

```
THOMAS E. BOSECKER
Commission # 1882994
Notary Public - California
Orange County
My Comm. Expires Mar 19, 2014
```

**EXHIBIT A**

**LEGAL DESCRIPTION**

THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE STATE OF CALIFORNIA, CITY OF AGOURA HILLS, COUNTY OF LOS ANGELES AND IS DESCRIBED AS FOLLOWS:

LOT 20, BLOCK 8 OF TRACT NO. 8451, IN THE CITY OF AGOURA HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 104 PAGES 79 TO 90 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

COMMONLY KNOWN AS: 5630 FOOTHILL DRIVE, AGOURA HILLS, CA 91301

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Otis D. Wright II_____ and the assigned Magistrate Judge is _____Andrew J. Wistrich_____ .

The case number on all documents filed with the Court should read as follows:

## 2:13CV9566 ODW AJWx

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____December 31, 2013_____
Date

By  J.Prado _____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

☑ Western Division
312 N. Spring Street, G-8
Los Angeles, CA 90012

☐ Southern Division
411 West Fourth St., Ste 1053
Santa Ana, CA 92701

☐ Eastern Division
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (08/13)        NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

MAKE It Nice, LLC

**DEFENDANTS** ( Check box if you are representing yourself ☑ )

John Manos - In Per So

**(b) County of Residence of First Listed Plaintiff** _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** _____
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Lane M. Nussbaum, ESQ
West Coast Lane, APC
27489 Agoura Road, Suit 102
Agoura Hills California 91301

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

818 262 5561
John Manos - In Prose
5630 Foothill Drive
Agoura Hills California 91301

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding

☑ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☑ No   **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Defendant John Manos' Notice of Removal of the Above Case to the United States District Court For The Central District of California

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☑ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV13-9566**

CV-71 (11/13)   **CIVIL COVER SHEET**   Page 1 of 3

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| [X] Yes   [ ] No | [X] Los Angeles | Western |
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| [ ] Yes   [X] No | A PLAINTIFF? Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT? Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | [ ] Los Angeles | [ ] Los Angeles | Western |
| | [ ] Ventura, Santa Barbara, or San Luis Obispo | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | [ ] Riverside or San Bernardino | Eastern |
| | [ ] Other | [ ] Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |
| Indicate the location in which a majority of defendants reside: | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |
| Indicate the location in which a majority of claims arose: | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**C.1. Is either of the following true?** If so, check the one that applies:

[X] 2 or more answers in Column C

[ ] only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the SOUTHERN DIVISION. Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true?** If so, check the one that applies:

[ ] 2 or more answers in Column D

[ ] only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the EASTERN DIVISION. Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the WESTERN DIVISION. Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Western Division |

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court** and dismissed, remanded or closed? ☒ NO    ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed **in this court** that are related to the present case? ☒ NO    ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):**              DATE: 12/31/2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |